UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Lorenzo Haynes,<br><br>    Plaintiff,<br><br>vs.<br><br>Samuel Iten, Ken Guggisberg, Nola Karow, Jeffery Felt, M.D., Diane Dau, Brent Plackner, P.A., Daryl Quiram, M.D., in their individual and official capacities,<br><br>    Defendants. | Court File No. 17-CV-05217 (DSD/HB)<br><br>**MOTION OF STATE DEFENDANTS DIANE DAU, KEN GUGGISBERG, SAMUEL ITEN AND NOLA KAROW TO DISMISS SECOND AMENDED COMPLAINT** |

TO: PLAINTIFF Lorenzo Haynes, pro se attorney, ID No. 202729, MCF-Faribault, 1101 Linden Lane, Faribault, MN 55021

State Defendants Diane Dau, Ken Guggisberg, Samuel Iten and Nola Karow, in their individual and official capacities, move the Court to dismiss Plaintiff's Second Amended Complaint against them for failure to state a claim upon which relief can be granted and for lack of subject matter jurisdiction.

This motion is made pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and is based upon the files, records, and proceedings herein, including the memorandum of law filed and served herewith.

*Signature on Following Page*

Dated: September 18, 2018

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

s/ Jeffrey K. Boman
JEFFREY K. BOMAN
Assistant Attorney General
Atty. Reg. No. 0396253

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 757-1013 (Voice)
(651) 282-5832 (Fax)
jeffrey.boman@ag.state.mn.us

ATTORNEY FOR STATE DEFENDANTS
DIANE DAU, KEN GUGGISBERG,
SAMUEL ITEN AND NOLA KAROW IN
THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES